IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARMON D. FLYNN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIDGECREST CREDIT COMPANY, ) <br> LLC, ) <br> ) <br> Defendant. ) | Case No. 2:25-cv-00722-RAH-CWB |

## ORDER

On February 5, 2026, the Magistrate Judge recommended (*see* doc. 28) that Defendant's *Motion to Compel Arbitration and Stay Proceedings* (doc. 11) be granted. To date, no objection or response by Plaintiff has been filed. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (doc. 28) is **ADOPTED**;

2. Defendant Bridgecrest Credit Company LLC's *Motion to Compel Arbitration and Stay Proceedings* (doc. 11) is **GRANTED**;

3. The Court's order of referral dated September 11, 2025 (doc. 5) is hereby **LIFTED**;

4. Plaintiff's claims against Defendant are hereby compelled to arbitration in accordance with the Arbitration Agreement/Waiver of Purchaser's Right to Sue (*see* doc. 11-1);

5. Plaintiff **SHALL** commence the arbitration within 30 days of this order;

6. On or by **May 1, 2026**, and every 90 days thereafter, the parties **SHALL** file a status report concerning the arbitration; and,

7. This action is **STAYED** pending the conclusion of the arbitration.

**DONE** on this the 23rd day of February 2026.

                                            R. AUSTIN HUFFAKER, JR.
                                            UNITED STATES DISTRICT JUDGE